**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 16-cr-0133** |
| v. | : | |
| **WALTER CRUMMY,** | : | |
| **Defendant.** | : | |

FILED
AUG 23 2016
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

**CONSENT ORDER OF FORFEITURE**

**WHEREAS**, a written plea agreement was filed with this Court and signed by defendant and his counsel, in which defendant agreed to plead guilty to Count One of the Information which charged conspiring to commit wire fraud, in violation of 18 U.S.C. §§ 371, 1343, and the defendant has pled guilty to that offense;

**WHEREAS**, the Information also alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One, which property is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**WHEREAS**, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant in the amount of $105,618 upon conviction of the offense in Count One, which property is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**WHEREAS,** in his plea agreement, the defendant agreed to forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $105,618;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure,

this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and that a personal money judgment against the defendant is appropriate, as set forth below;

**WHEREAS**, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's plea hearing that a forfeiture money judgment against defendant for $105,618 is appropriate insofar as this property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**WHEREAS**, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

**WHEREAS**, upon entry of a forfeiture order, Fed. R. Crim. P. 32.2(b)(3) authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That the following property is declared forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): any and all property, real or personal, which constitutes is or derived from, any proceeds obtained, directly or indirectly, as a result of the violation alleged in Count One.

2. A forfeiture money judgment in the amount of $105,618 is entered against the defendant.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this 23rd day of August, 2016.

THE HONORABLE KETANJI JACKSON
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: ______________________________
JOHN MARSTON, Bar No. DC – 493012
MATT GRAVES, Bar No. DC – 481052
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th Street, N.W., Room 5239
Washington, DC 20530
202-252-6886

LISA M. PHELAN
Chief
Washington Criminal I
Antitrust Division
United States Department of Justice

By: ______________________________
KEVIN HART
JUSTIN P. MURPHY, Bar No. DC – 477718
Trial Attorneys
Washington Criminal I
Antitrust Division
United States Department of Justice
450 Fifth Street, N.W., Suite 11300
Washington, D.C. 20530

______________________________
WALTER J. CRUMMY
Defendant

______________________________
RALPH J. CASCIA
Wiley Rein LLP
Counsel for the Defendant
1776 K Street, NW
Washington, DC 20006
202-719-7242