Case No. 1:16-cr-00133-KBJ

**EXHIBIT 1**

December 1, 2016

Honorable Ketanji Brown Jackson
United State Judge
333 Constitution Avenue NW
Washington, DC 20004

**RE:  Case 1:16-cr-00133-KBJ, Walter J. Crummy**

Dear Judge Brown Jackson:

I am sorry, embarrassed, ashamed and remorseful beyond measure for my conduct. I take full and complete responsibility for my actions – for what I should have done to stop the illegal activity that was occurring at MCC once I learned about it, and for the choices I made to further that activity. My behavior went against every ideal and article of faith that I have tried to live up to my entire life and that I have tried to instill in my children and grandchildren. I guarantee you that this will never ever happen again.

I have no excuse for my behavior. I should have been more aware of the problems with the Far East and MCC relationship, but I took my eye off the ball. I had been instructed by MCC's President not to involve myself with the relationship or have contact with Michelle Cho, because Tom Harper was in charge of construction operations, and I was to focus only on accounting. I did not want to rock the boat, and so I backed off. After later learning from MCC's President and Harper that Far East was not doing any work on these contracts, I failed to do everything in my power as a partial owner of MCC to put a stop to the relationship. Instead, I followed instructions from Harper to draft an agreement that I knew was wrong, and I later misrepresented myself to the government as a Far East employee. These are choices I made that I will regret for the rest of my life.

I understand how serious my conduct was and know that Your Honor has to weigh many factors in determining my sentence. But I hope that you consider the entire circumstances of my life up until I made these terrible mistakes.

My fears about the punishment I will receive are compounded by the realization of how my actions have affected those that I love the most. Because of my conduct, I have been unemployed since July 2015. As a result of MCC's plea agreement, which resulted in a conversion of my ownership stake in MCC and Catamount worth nearly $200,000, as well as my own plea agreement, I have paid the government in excess of $300,000 for my wrong choices. I will likely be debarred from federal government contracting and have lost any opportunity to reactivate my CPA license. In short, I lost my job and my profession as a result of my conduct. This has put an extreme amount of stress on my marriage, and I have wrecked my ability to give my wife the retirement we expected. I also have a number of other family obligations that I have let down. My granddaughter Colbi suffered a stroke in-utero and has partial paralysis on her right side, including her arm, hand, leg and foot. My ability to help my son pay for her treatment and therapy has been severely impacted by my actions. I hope that by accepting responsibility

for my actions I can begin to repair the disappointment my family must have in me and begin the path forward to contributing to their lives again.

I hope you see my actions as a terrible aberration in an otherwise honest life as a hard-working and law abiding citizen. I made a terrible mistake for which I take full responsibility, and I deeply regret that I am in this position. It will **NEVER** happen again. I ask for your discretion and mercy in sentencing me and that you not send me to prison. I have always prided myself on being a good and productive citizen and I want to be one again as soon as possible.

Thank you for your consideration.


Respectfully yours,

*Walter J. Crummy*
Walter J. Crummy