Case No. 1:16-cr-00133-KBJ

**EXHIBIT 2**

Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Ave NW
Washington, DC 20004

Your Honor,

      Walter Crummy is my adoptive father, and I have known him my whole life, ever since I was able to retain and process rational thought.  I include that he is my adoptive father, because I feel it is important to take notice of the fact that he, along with my mother, took it upon themselves to raise two children (my brother included) that were not their own.  This gesture, based on its own merit, has, over time, made me realize everything that he has done for me, and how lucky I am to have been raised in such a good home.  There are few people that I love and respect more than my father.  We clash on many ideals and views, but despite that, he treats me the same way he always has, with care and mutual respect.

      I fully understand the situation that Walter has found himself in.  He and my mother came up to visit me in Fort Collins, and explained the entire situation to me.  He told me that his company had been acquiring contracts that were intended for small businesses.  Due to this, I understand my father is in quite a bind.  Under these circumstances, I am willing to do whatever I can to help him.

      The quickest and easiest way to describe Walter is to say that he is the quintessential straight-shooter.  Everybody makes mistakes, but his sense of right and wrong is stronger than anybody's.  He's always been dedicated to doing the right thing.  I have always been proud to know that I was raised by somebody like him.  All of my friends, and even new people that I meet, tell me that I am the most genuine person they have ever met.  I owe much of that to Walter.  Omissions aside, my father has always been very honest.  In all the years that I have known my father, not once have I ever seen him shed a tear.  When he and my mother came up to tell me the news, I could tell he was absolutely crushed.  He was forced to tell his son that he was in big trouble, and might go to jail as a result.  I could tell from his staggered speech and body language, that this was one of the most difficult things he has ever had to do.  I'm sure he felt as if he had let me down, in a big way.  That could not be further from the truth.  This whole situation, and him telling me what happened, made me think no less of him, not even a little.  That is the power of the respect and love I have for him.  In addition to dealing with this situation as best he can, and with absolute grace, he has been dealing with his own cancer.  Yet despite everything, he goes on cracking jokes like he always has.  I get my mastery of puns from straight from him.  He has always supported me in everything that I do.  Every piano recital, every Mock Trial case, and all the while, he is constantly sharing his wisdom with me.  Even though he is not as proficient on the piano as me, he still sits down from time to time to sling out a tune or two.

Walter's final words to me after explaining the situation:

*"If you are ever in a similar situation to me, where something doesn't smell right, just leave."*

I believe these words alone can adequately explain how Walter knows that what he did was wrong, and that if he would do it all again, he would avoid the situation at all costs. I firmly believe that sending my father to jail would only cause additional pain and suffering to him, and his friends and family. He knows exactly where he went wrong, and given his personal health, I do not believe incarceration is necessary. His grandchildren, his wife, his sons, his brothers and sisters… We all care for him so much, and he cares for all of us. It would break our hearts to know he is missing out on the growth of all of us, and especially his grandchildren. I hope to get married at some point in the next five years, and I would like him to be able to attend. Thank you for your time.


Respectfully yours,

Bradley James Crummy

November 15, 2016