Case No. 1:16-cr-00133-KBJ

**EXHIBIT 3**

Honorable Ketanji Brown Jackson

United States District Judge

333 Constitution Ave NW

Washington, DC 20004

November 3, 2016

Dear Judge Brown Jackson,

    My name is Amber Crummy, I'm Walter's daughter-in law. I've been married to Walt's adopted son Brian for 5 years and we started dating in 2005. I'm writing you this letter, not just on my behalf, but on the behalf of the two little girls I have at home and the sweet little one we have yet to meet.

    My husband, children, and I have been so blessed to have Walter and Margaret in our lives. My children get to see their grandparents almost every day. My youngest (currently the youngest), Colbi, suffered an in-utero stroke. Walt and Margaret have always been there for her. In the extra step, Walt has gone to the physical and occupational therapy sessions and then continues to work with Colbi at home. Walt, just the other day, went to a specialist visit with my husband and Colbi to asses her fine motor skills. She will be starting into their specialty school in January. We are very lucky to have a set of parents nearby who are so hands on and dedicated to our children's lives.

    Not only have my children benefited but my husband and I have as well. Walt has always been patient and thoughtful, especially towards my husband. Brian is a bit of a handful, even to this day being 29 years old. Walt has given us tools and helped us get through the little hurtles newly married couples don't always know about. Walt found us a budgeting class after we married and has been helpful with any questions or situations we've had come up. Walt has been very supportive in trying to give us guidance to have not only a happy marriage but in also being successful adults.

    Your Honor, I don't know too many details or about too much on his Case 1:16-cr-00133-KBJ, but here's what I do know. I know Walt has plead guilty and is taking responsibility for his actions. What I don't know is how to explain to my children that Walt, their "Pa", might have to go to adult time-out. That's best way I can explain jail to them at this young age. I know that Walt is too kind hearted of a person to go to jail. Walt has always looked out for us. I know that Margaret, the wife of Walt, will completely fall apart without him and within that I do worry about her. I believe a prison sentence would detrimental for all of us.

    Respectfully yours,

    Amber Crummy

*[signature]*