Case No. 1:16-cr-00133-KBJ

**EXHIBIT 4**

November 12, 2016

Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Ave NW
Washington, DC 20004

Dear Judge Brown Jackson,


"Courage. Kindness. Friendship. Character. These are the qualities that define us as human beings, and propel us, on occasion, to greatness."
― **R.J. Palacio**, *Wonder*


From the time I can remember, Walt has always been what I believe to be the definition of a father, and a friend. Walt worked hard to provide the best possible life for us. Our upbringing was filled with love and laughter. From church every Sunday to our education in private schools, Walt wanted my brother and I to understand how to be the best men we could be. Walt's faith drove our family and strengthened us. His every day actions parallel what he believes in his faith, "treat others as you wish to be treated." As I grew, Walt ingrained this in me through his actions, working with his men's group at the church, providing for those less fortunate, etc.  Together we would read stories from the Book of Virtues, and have discussions about the morals each story held. His constant faith in me helped me to become the man and father that I am, in hope that I can leave the same profound impact on my children. His patience with me growing never wavered, and even when I made mistakes, he made sure to help me understand how to become better from those mistakes. His constant support continues today. Walt is always there to help, if money is tight, or if I just have general life questions, Walt is always willing to make time to teach not only as a father but as a friend. I could not have asked for a better father, friend, and teacher.


The work he does with his men's group at church benefits less fortunate in the area. They provide meals for regular parishioners as well as for the less fortunate and homeless. Through bible study, they discuss how to be men of God and how to carry that into their day to day lives. Everything Walt does, he does so selflessly, not because he has to but because he wants to.


His actions of caring carry over to my daughters, Falynn and Colbi. "Pa," as they call him, is a blessing to them every day. Because my wife and I work, Walt gives his time graciously to helping my mom watch the girls. As a child, Walt and I would do various activities together, cooking, coloring, playing games, etc.  My girls have been lucky to have this same interaction, and they love the time they get to spend with him. With a third child on the way, I can only hope that Walt is around and able to dedicate this same love to his third grandchild. Without Walt, the girls would lose an incredibly strong and powerful male figure in their life.


If Walt were to be given probation, the support he would receive would be overwhelming. My wife and I have already received so much support from him in the years that we have been together, there would be no question in giving back tenfold the gratitude he has shown us. The girls would continue to be a positive light in

Walt's life, giving him the joy he gets from his time with them. Financially and emotionally, my family could provide the same support Walt gives us so freely.

Without Walt so actively engaged in our community and family, the ripple of him missing would carry far. My brother and I rely on Walt for advice on multitudes of issues only a father could answer. My children, who have such a strong love for Walt, and have only ever known kindness and love from him, would not be able to fully grasp the concept of him not being in their life. James Valvano said, "My father gave me the greatest gift anyone could give another person, he believed in me." No other quote could better define how I view Walt. Without Walt in my life, I would not be half the man I am, and for everything he has done in his life up to this point and going forward, I am forever grateful.

Respectfully yours,

Brian Crummy

*Brian Crummy*