**Case No. 1:16-cr-00133-KBJ**

**EXHIBIT 5**

TO: The Honorable Ketanji Brown Jackson
Jackson United States District Judge
333 Constitution Ave NW
Washington, DC 20004

FROM: Elaine Packard
Colorado Home Realty
1805 Shea Center Drive, Suite #180
Highlands Ranch, Colorado 80129

October 27, 2016

RE: Case 1:16cr00133KBJ    Mr. Walter Crummy

Dear Judge Brown Jackson

Walter and Margaret Crummy and I became acquainted in the Spring of 2014 through a mutual friend who referred me to them in my capacity as a Realtor®.  Walt and Margaret interviewed and subsequently hired me to assist them with both the process of purchasing a new home, as well as the selling of the home they owned at the time.  We have since become good friends.

I was drawn to Walt and Margaret because of their many qualities as both individuals and as a couple.  Initially I was impressed with Walt's sensitivity to Margaret's feelings.   In their neighborhood of 28 years, friendships Margaret once relied on for companionship and involvement had dissolved as families moved away once children grew and left home.  Also, Walt's long hours away from home had increased when the company he worked for moved to the opposite side of town significantly increasing his commute time.  Margaret felt increasingly lonely and isolated and Walt was completely sensitive and sympathetic to her feelings.  When we met they expressed their desire to find a community where Margaret could become actively engaged with people of similar age and interests, and for her and Walt, as a couple, to develop a suitable situation for their eventual retirement.  Walt supported Margaret 100%.

Once the initial task of finding an appropriate community and a suitable house within that community was identified, Walt negotiated and presented the couple's questions and concerns in a professional and tactful manner.  [Males frequently have a tendency to be insecure and become overly demanding and aggressive in the unfamiliar process of purchasing a new-build property.  This was not true with Walt.]  He was humble, gracious and respectful to everyone concerned with the process.

As a team, Walt, Margaret and I spent even more time together when we then began preparing their home of 28 years for marketing.  Together we: Planned; removed; rearranged; shopped; hired contractors; updated; staged; assisted with photoshoots, and then listed their home.   My admiration and respect for them both grew even deeper. Throughout the significant chaos of buying, building, and selling homes Walt and Margaret were solidly in place to serve their family's needs.

Because Walt and Margaret's granddaughters, Amber (then 4), and Colby (then 2), were constant figures about their home, Margaret explained to me that daycare costs for the girls had been drilling holes in the ship their parents were struggling to keep afloat. Margaret and Walt had unhesitantly stepped in with both to help care for the girls several days, and often nights, during the week, making it possible for their son, Brian, to work swing shifts to develope his career and for their daughter-in-law, Ashley, to keep her job. I witnessed first hand how much the girls loved their Grandma, but I also witnessed how much they adored the time they got to be with their Grandfather! Walt is a tremendously important participant in the girl's lives, as well as, in the lives of their parents. Walt consistently made time to talk with both of his sons, to counsel, offer emotional support and guide them even though his own plate was more than full.

Early in our relationship I had become aware of the core values we share: A complete commitment to faith; an uncompromising love for, and devotion to family; belief that truth, trust and integrity are of paramount importance; a belief in the value of hard work and dedication, and the need for both mercy and grace toward others. As we worked together, I witnessed both Walt and Margaret live by these values.

I have the utmost respect for Walter Crummy. I know him to be an honorable man, exceedingly humble and a very good person . I am honored to have been able to serve both him and Margaret professionally, and to have become their friend.

Respectfully yours,

Elaine Packard