Case No. 1:16-cr-00133-KBJ

**EXHIBIT 6**



October 28, 2016

Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Ave NW
Washington, DC 20004

**Re: Walter Crummy, Case 1:16-cr-00133-KBJ**

Dear Judge Brown Jackson,

I have come to know Walter Crummy and his wife Margaret for at least 14 years, when I served as pastor of St. Thomas More Parish, their parish for more than 25 years. I have great respect for them and their love for God and for their family. I have often seen him at daily Mass when I was at St. Thomas More, and have known him to have done many works of mercy.

After I left St. Thomas More, Walt and Margaret kept in touch with me occasionally. Walt had spoken with me several times after he pled guilty of wire fraud. He has expressed to me that he has accepted full responsibility for having done things he should not have done. As a priest, I understand its implications in terms of justice. Walt knows that he has to face the consequences of his actions. I must ask for the court's mercy, however, because Walt is a person of compassion, courage, and love, notably, his sense of solidarity for the poor.

One of the things I admire about Walt and Margaret is their sense of compassion for unwanted children, which also showcases true courage. Not many people know that their two children, Brian and Bradley, were both adopted, Brian at 13 days old and Bradley the day after he was born. Walt, who went to Catholic schools, and Margaret, who taught first grade at St. Thomas More School (1997-2005), brought them up as their own with love and as good Christians. It was understandable that they would want their children to go to Catholic schools. When St. Thomas More decided to open a school, Walt was among the first volunteers to go door-to-door to solicit funds for said school, which opened in 1994. He was also very active in other fund campaigns at St. Thomas More and at Regis High School. He made time to be a Cub Scout leader when his boys were young, and was very active in their school work and activities.

Whenever Walt was free, I have known him to be very involved in parish work as a leader or as a participant in various ministries. I admire him for his belief in the sanctity of marriage. He has worked for many years as a mentor for engaged couples and in marriage preparation. During my years at St. Thomas More, I have often emphasized that the parents are the primary teachers of the faith. I know Walt took this very seriously. When his children were young he did not hesitate

to help with sacramental preparation, so that Brian and Bradley can be properly prepared to receive First Reconciliation and Communion and Confirmation. He was also very active in school activities at St. Thomas More and Regis High School, and very much involved in their education. With the challenges of home and work, Walt knows that he needed nourishment for his soul. As a result, Walt participated regularly in a men's ministry called "That Man is You" to be with other men who are serious about being a good Christian man, husband, and father.

I have also known about Walt's making time to pick up extra food from nearby restaurants for his current parish food pantry. I'm sure many people who have benefited from this selfless act of compassion and solidarity for the poor.

Having known Walt and his many good works for many years, I beg, Your Honor, for your mercy and compassion when sentencing Walt, who has been very remorseful of his guilt, and regrets the wrong he has done. Please allow him to continue doing his good works outside of prison. I strongly feel that there would be more benefits to society if he were not incarcerated.

As a priest and Walt's former pastor, I would be very happy to work with Walt after his sentencing. Should Your Honor have any concerns that I can address, please feel free to contact me at 303-744-6119.

Respectfully yours,

*Rev. Andrew Kemberling*

Very Rev. Andrew Kemberling, V.F.
Pastor