**Case No. 1:16-cr-00133-KBJ**

**EXHIBIT 7**



CATHOLIC
CHARITIES
ARCHDIOCESE OF DENVER

October 27, 2016

Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Avenue NW
Washington, DC 20004

Your Honor,

I have known Walter Crummy for over six years through affiliation with our parish, St Thomas More in Centennial Colorado. We participated in several spiritual retreats together as both receiver's and then givers of the retreats.

When Walt told me of his situation I was honestly surprised that he would find himself in such a predicament. I understand that he has been involved in some activities that were wrong and that he has admitted that his role was wrong and has taken full responsibility for that role. This is exactly what I would expect from Walt who I have always known to be a man of very high moral and ethical character. Walt is the type of person to whom I would entrust the safety of my children.

In my line of work, I have come to understand that we all make mistakes and we all have things that we wish we could take back. I know that is true for me. The real question is whether people are willing to stand up and admit to their mistakes and set a new path to correct those mistakes and ensure that they will not happen again. Walt is the type of person who I would expect to admit to, correct and pursue a path moving forward that would ensure he would not repeat the mistakes of the past.

I have known him to go out of his way to help people in our parish with moral, spiritual and material support without asking for any acknowledgment or credit. He is a caring and thoughtful friend, partner and Father.

Walt will always be welcome to help out at Catholic Charities and I have already suggested a job or two that we had open for him to work in. He told me that he would have to wait until the sentencing phase of the proceedings. Know that if you are able to provide Walt with probation that we would be willing to help him out with some type of work that will keep him going during these difficult times.

I hope that my letter has helped you to know and understand the Walt that my family and I have come to know. At Catholic Charities we see many men and women who have been to prison for various reasons. Some of these men and women deserved incarceration and benefitted from it. While I believe that there need to be consequences to our actions, I don't believe that Walt or anyone else for that matter will benefit from Walt's incarceration. He has too much to offer people in the free world.

I would ask that you offer him parole with some form of community service that could include using his skills to help those less fortunate than you and I get a jump start on a new future. Walt could help with financial literacy, life skills, and a number of other programs that could offer real hope and benefit to the lives of many, many people. If anyone has ever deserved a second chance it is Walt.

Thank you for taking the time to read and consider my letter. I have an idea of how hard your job is and I appreciate your commitment and service to the public welfare of our great country.

God Bless

Laurence Smith
President/CEO