Case No. 1:16-cr-00133-KBJ

**EXHIBIT 8**

November 4, 2016

Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Avenue NW
Washington, DC 20004

RE: Walter Crummy, Case 1:16-cr-00133-KBJ

Dear Judge Brown Jackson:

Walt and I have been happily married for thirty-three years. He is my best friend and we have shared many happy years together. After about three years of marriage, we were unable to have biological children so we decided to apply to adopt. We went through a very long adoption process and a young couple picked us to be parents to our first son, Brian. Walt was so supportive and loving through this process. We were so happy to start a family and Brian was the joy of our lives. About four years later, we adopted our second son, Bradley. We picked up Bradley in a snow storm about 50 miles away from our home so our social worker wanted us to stay in a hotel so we would be safe. Bradley was less than twenty-four hours old. Brian talked about our adventure for a long time.

This has been a very difficult time for us. Walt and I have a very strong faith and our children have been very supportive. We have been very involved in our church doing the Marriage Preparation Program for 25 years and were active in the boys' school. Walt and I always went to all of their games, swimming meets and track meets. During the past year, Walt has been helping at our church food pantry for the poor. Weekly, he picks up excess food from restaurants and delivers it to the church food pantry for distribution to the needy in the community. Walt is very close to his siblings and my sister and brother-in-law. We have shared so many annual family vacations with them. He is close to his cousin Paul. Paul is married to one of my best friends. Walt matched them up. Walt was very caring to his brother, Bruce, when he suffered with depression and when his wife passed away with MS several years ago. He gave him support and helped his daughters through very sad and trying times.

I have been the primary babysitter for our adorable two granddaughters, Falynn (5) and Colbi (4) since they were born. Walt has helped me so much with their care since he has been out of work. He is such a good grandfather and they love him so much. When I pick them up from school they always asked, "Where is Pa?" They are the joy of our lives. In June, we are going to be grandparents again and they need his love. Since he has been off work, the girls have become so close to him. They have really bonded with him even more. We are so blessed to have him in our lives. We love him.

I can't believe this is happening to Walt and that I have to write this letter. He is the most trust worthy and honest person on this earth. He is such a good husband, father and grandfather. He feels so bad about what has happened. My heart aches for him. After thirty-three years of marriage, I can't imagine being apart from him. He is my heart and soul. He is my rock. Walt has expressed to me that he is so sorry for what he has done and will never do anything like this again. I am 68 years old, retired and need him home to grow old with. We have so much to share in the future. Walt was diagnosed with Chronic Lymphocytic Leukemia in April, 2009. His white blood count has increased substantially in the last year since all of this has happened. I am so worried about his health as he needs to be monitored every three months.

I do not believe that Walt should be incarcerated because this is his first offense and I know that he will never commit another crime. His incarceration would tear our family apart. He is not, and never will be, a danger to society. Walt just wants to accept the consequences of his crime and then rebuild his life as soon as possible.

Thanks you.

Respectfully yours,

*Margaret A Crummy*
Margaret A. Crummy

Bruce Bernard Crummy

200 8th Street South #305
701-367-3538
shooter@brucecrummy.com

October 19, 2016

Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Ave NW
Washington, DC 20004

Re: Walter Crummy, Case 1:16-cr-00133-KBJ

Dear Judge Brown Jackson.

I was saddened to learn recently that Walter, my brother, is about to be sentenced for conspiracy to commit wire fraud for which he has pled guilty and for which he has accepted full responsibility.

I have known Walter all of my life of course and must confess to being quite shocked by this news.

My mind immediately went back to the early 2000's when my late wife, Cindy, passed away from the complications of a very aggressive form of Multiple Sclerosis. I remember what great support Walter and his family were to me and my daughters Kristin and Allie, then ages 20 and 13, when I was in the throes of that tragedy.

I went through a severe bout of depression and Walter was instrumental in helping me through an extremely painful period of my life. His support in both counsel and his family prayers was of great help to my entire family throughout this time.

We also have three sisters and we have all gotten along throughout our lives. Sure, Walt and I fought like brothers born 13 months apart growing up, but I consider Walter to be not only my big brother but a very good friend in adulthood. Following our dear mother's passing just a few years ago, we siblings were able to team up to settle her business and personal affairs to the satisfaction of all of us concerned.

I traveled to Denver in early October this year to visit Walter and his family to be a support to him. He and his wife Margaret are very active in helping take care of their two granddaughters Ealynu and Colbi, ages 6 and 3, when their parents: son Brian and

his wife Amber, are working and need assistance in their care. Walt and Margaret go to the girls' home to pick them up for their care, bring them to their own home, then drive them back the girls' residence in the evening. I have three granddaughters and I can attest that the role Walt and Margaret have undertaken in Falynn and Colbi's lives will pay big dividends in the future. The love of grandparents is just something very special and I can attest to how well these girls are cared for by Walt and Margaret.

Walter and Margaret frequently attend daily mass and I get the impression that he is leaning on his Catholic faith to help him through this most difficult time in his life.

I don't fully understand the intricacies of all involved in the crime Walter has pled guilty to but I am heartened that he has accepted full responsibility for his actions and is not trying to transfer blame or try to blur the dispensation of justice in this situation. I believe he is a fine man that somehow got caught up in a situation - again, which I don't understand - and will fully accept the Law's determination in this matter.

Your Honor, I respectfully request that you please take the aforementioned into consideration when deciding Walter's sentence.


Sincerely yours,

Bruce Crummy

October 10, 2016

Honorable Ketanji Brown Jackson
United states District Judge
333 Constitution Ave. NW
Washington DC 20006

Re: Walter Crummy, Case 1:16-cr-00133-KJB

Your Honor,

Walter Crummy is my older brother, the oldest of 5 siblings. We were raised on a farm in northern MN. Our parents instilled in all of us the importance of putting God foremost in our lives followed by family, honesty and hard work. We grew up helping with chores around the house and farm and attending Mass as a family. We were all involved in 4H and attended Catholic School. We were always surrounded by cousins, aunts, uncles and grandparents. I have always looked up to Walter as a role model and admired his quiet strength and moral character. He was always the one to make peace between any sibling discontent. He always took school very seriously and was respected by his peers. He showed me how to take the ribbing of the "Crummy" name in stride and with a dose of humor.

He moved away from the farm to attend college and pursue his career, always returning whenever any family events or needs arose, including taking vacation from work to help our parents at harvest time. He was very involved in the care of our aging parents and they spent as much time together as possible.

He and his wife have been married 33 years, they adopted and raised two fine boys who are now young men who continue to carry on the traditions of faith and family. Walter has two pre-school grand-daughters whom he and his wife care for on a regular basis while his son and daughter-in-law work. He has given up pursuing hobbies or leisure activities for the sake of his grandchildren, keeping them as his first priority.

I recently spoke with Walter about the trouble he is in. I am still in shock as this news does not fit with the brother I know, love and admire. I understand that he has plead guilty and support his reasons for doing so. Because of his strong faith and moral character I believe he has prayed fervently for guidance and strength and believes pleading guilty is best for his family, as always putting his concerns for them over his.

He is prepared to face the consequences for his wrong doing and I pray that you will see that jail or prison time would be devastating for his family, as they all need him to continue as their role model of quiet strength, faith, dignity, unending love and forgiveness. I feel especially that putting Grandpa in jail would have traumatic and long lasting effects on his two innocent granddaughters.

Respectfully yours,
Alicia Anderson
1954 240th Street
Hallock, MN 56728

2615 Shore Line Road
Knoxville, TN 37932
20 October 2016

Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Ave NW
Washington, DC 20004

Re: Walter Crummy, Case 1:16-cr-00133-KBJ

Dear Judge Brown Jackson,

I am Mary Jo Naus, sister of Margaret Crummy (Walt's wife), and I have known Walt for approximately 33 years. During this time I have met with Walt on several occasions. I have found him to be respectful and he has always been nice to me, my husband, and my relatives. Although I do not see Walt and Margaret frequently due to the distance and having been employed, Margaret and I frequently talk and I have never heard her make one derogatory comment about Walt. To me, that speaks highly of Walt's character.

I only have a very general knowledge of Walt's situation based on conversations with my sister. I have not talked to Walt about this. I am retired and live in Tennessee, but can provide emotional support to Walt and Margaret.

Walt and Margaret have been active in the church through weekly attendance, church activities, and at one time were Eucharistic Ministers. Walt also has a deep commitment to parenthood having adopted two boys. Both have turned out to be contributing members to society, largely the result of good parenting provided by Walt and Margaret. Currently, Walt and Margaret are assisting their older son by taking care of two grand children as both Brian and his wife are employed full time. Margaret often tells me how good Walt is with the children and that they love him very much. Also, Walt is very family oriented and close to his siblings.

Honorable Ketanji Brown Jackson
20 October 2016
Re: Walter Crummy, Case 1:16-cr-00133-KBJ
Page 2

Although, as noted above, I have not talked to Walt directly about his situation. I was somewhat suspicious something was going on based on recent conversations with my sister, but figured she would tell me more when the time was appropriate.

I see no reason why society would benefit by sending Walt to jail as he always has appeared to be a beneficial contributor to the community as evidenced by his involvement in church work. Also, if Walt was not available this would impose a hardship on his family.

Respectfully yours,

*Mary Jo Naus*
Mary Jo Naus

October 24, 2016

**Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Ave NW
Washington, DC 20004**

Re: Walter Crummy, Case 1:16-cr-00133-KBJ

Your Honor,

I have known Walt Crummy and his family since 1998 when our sons attended grade school and middle school together. I have volunteered with Walt on numerous fund raisers and school events. Walt was a Cub Scout Webelo den leader for the 5th and 6th grade boys and he also helped with scouts when the boys were younger. As a leader for the Boy Scouts, Walt helped the boys earn badges for completing outdoor activities. Along with the required activities Walt taught the boys the value of hard work, cooperation, service to others and much more.

Walt was very involved with the school athletic program for the 7th and 8th grade boys. He was the assistant coach for basketball and assisted with practices for volleyball and baseball. He often helped getting the boys to games when parents were not able to and always stayed at practices and after games until the last boy was safely on his way home. Although every coach wants to win every game, Walt also focused on developing a team of players that practiced their Christian values both on and off the court or field. Playing a fair, safe, respectable game was of more value than winning and Walt set this example by the way he instructed the boys and his respect for the teams they played.

I also had the opportunity to work with Walt and his wife Margaret for several years when they volunteered as a Marriage Mentor Couple working with couples preparing for Marriage. Walt was a very dependable volunteer and a good role model for men preparing for marriage. Couples that met with Walt and Margaret gave them very positive reviews. The couples often said they learned communication skills and had a better understanding of relationship and marriage because of the meetings.

After talking with Walt about the charges he is facing I know he is very remorseful. He regrets all that transpired. Walt is a man with a good moral compass and he wants to move forward following his Christian beliefs and provide a good role model for his sons and grandchildren and be an integral part of their lives.

Walt has had a positive impact on many lives from the young Cub Scouts and athletes to couples preparing for marriage. He has been a role model for his children and now his grandchildren. I do not see how anyone would benefit from Walt spending time in prison. Walt punishes himself with the regret he carries with him each day and a prison sentence would remove him from the positive influence he is in the lives of others.

Respectfully yours,

*Maryanne Carter*
Maryanne Carter
13467 Virgo Ct
Littleton, CO 80124

# Bender & Lang
Certified Public Accountants
A Professional Corporation

---

November 14, 2016

Honorable Ketanji Brown Jackson
United States District Judge
333 Constitution Ave NW
Washington, DC 20004

Dear Judge Brown Jackson:

I have known Walt Crummy (Case 1:16-cr-00133-KBJ) since approximately 1985, in both a personal and professional capacity. My partner and the people of our CPA firm have each known Walt professionally since approximately the same time. None of us have every had a single negative thought regarding Walt, and have observed him to be a person of the highest personal and professional character for the entire time we have known him.

Our professional experiences with Walt have related to the most detailed areas of his professional life, being audits of financial statements, systems and controls he was responsible for, as well as the preparation of the related income tax returns. At no time during any engagement involving Walt did any of us feel he ever acted as anything less than a competent and conscientious professional dedicated to the accuracy, integrity and reliability of the accounting systems and reporting he was responsible for.

I have also had a long and warm personal relationship with Walt and Margaret for these many years. I have always felt them to be outstanding contributors to, and members of, the kind of community we all wish to be a part of.

Walt will always be a trusted friend of mine as well as a financial professional I would not hesitate to recommend at any level, and I fully intent to recommend and refer him to others in the future. I would trust Walt completely with my own firm's financial systems and information, and I have no hesitation in staking my firm's reputation on recommendations and referrals of Walt. There is no position of financial responsibility I would hesitate to recommend Walt for. There is no personal situation or position of trust for which I would not be comfortable having Walt be personally responsible for.

I am delighted to make myself available at any time for follow up from anyone who wishes to discuss my faith in Walt Crummy more fully.

Sincerely,

Thomas R. Lang, CPA
Bender & Lang, CPAs, P.C.

7472 South Shaffer Lane • Suite 150 • Littleton, Colorado 80127 • Phone: 303-904-1070 • Fax: 303-904-4004