Case No. 1:16-cr-00133-KBJ

**EXHIBIT 9**

*Grace Family Practice*

*6909 So Holly Cir #100*

*Centennial, CO 80112*

*Phone 720 528 3559*

*Fax 720 528 9903*

Date: 10/14/16

Re: Walter Crummy DOB 10/15/1952

Dear Sir or Madam:

Walter Crummy is a longstanding patient of mine. He has had longstanding high blood pressure, as well as hypothyroidism, and high cholesterol. He has also has carried a diagnosis of Stage 0 Chronic Lymphocytic Leukemia since 2009, with a gradually increasing white blood cell count. He has also had recent evaluation for a neck mass this year, and follows up with Hematology for his Leukemia follow-up. CLL carries the potential to activate into a more aggressive disease, requiring chemotherapy. He has been followed up more recently with his hematologist, because his White Blood Cell count has increased from 37,000 to 48,000 and he developed a new lump in his neck, which was felt to possibly be lymphoma. He will need every three month follow-up bloodwork, and visits with hematology/oncology, according to their most recent note.

Thank You,

Richard Drexelius, MD